UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 10-1799 CBM (DTBx)                Date: April 12, 2010

Title:  *Kirkpatrick v. Duncan et al.*
===================================================================
ORDER SHOWING CAUSE Re: Complaint
===================================================================
PRESENT:

   The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

         JOSEPH LEVARIO                    N/A
           Deputy Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
N/A                                    N/A

**PROCEEDINGS:**

Plaintiff Susan Kirkpatrick filed a "Complaint for Declaratory and Injunctive Relief" on March 12, 2010.  [Docket No. 1.]  Plaintiff's second cause of action is captioned a "Cause Of Action For Injunctive Relief."

Federal Rule of Civil Procedure 8 requires that complainant to plead "a short and plain statement of the claim showing that [she is] entitled to relief."  Injunctive relief a remedy, not a cause of action.  Accordingly, Plaintiff is hereby **ordered to show cause no later than April 20, 2010**, why her second cause of action should not be dismissed for failure to state a claim.

        IT IS SO ORDERED.

Initials of Deputy Clerk___JL___
cc:     Judge Marshall
        Parties of Record